UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In re WOLVERINE FIRE APPARATUS CO. OF SHERWOOD MICHIGAN,

Debtor.

Case No. 09-32985

Chapter 7

---

LARRY LIEBZEIT, Trustee,

Plaintiff,

v.

FVTS ACQUISITION COMPANY, INC.,

Defendant.

Adversary No. 11-2080

---

ORDER GRANTING TRUSTEE'S MOTION FOR SUMMARY JUDGMENT, IN PART, AND ORDER FOR JUDGMENT

---

For the reasons stated in the Court's memorandum decision entered on this date, IT IS ORDERED, the technical violation of the automatic stay by the defendant did not result in damages to the plaintiff, and the plaintiff's request for sanctions is denied.

FURTHERMORE, the defendant's interest in the truck being unperfected and subject to avoidance by the plaintiff, IT IS ORDERED the plaintiff is entitled to a judgment against the defendant equal to the value of the truck, $49,500.

January 31, 2012

Margaret Dee McGarity
United States Bankruptcy Judge